IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

2005 AUG -2  A 10: 57

JAMES OSTEEN )
Full name and prison number )
of plaintiff(s) )
 )
v. )  CIVIL ACTION NO. 2:05CV715-A
 )  (To be supplied by Clerk of
LELAND ENZOR, JR )  U.S. District Court)
ANTHONY CLARK )
_____ )
_____ )
 )
_____ )
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (X)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (X)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county) _____

         _____

3. Docket number _____

4. Name of judge to whom case was assigned _____

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT **Covington County Jail 290 Hillcrest Drive Andalusia Alabama 36420**

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED **Covington County Heath Alabama**

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME — ADDRESS

1. **Leland Enzor, Jr,** ~~Covington County Courthouse 1 N North Court Sq Andalusia AL 36420~~
2. **Anthony Clark, 290 Hillcrest Dr Andalusia AL 36420**
3. ~~[struck through]~~
4. **Leland Enzor Jr, 208 Dunson St P.O. Drawer 339 Andalusia AL 36420**
5. _____
6. _____

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED **June 27 05**

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: **Haressment, Unlawful Arrested Violated, Fourth, Fifth, Sixth, Eighth, Fourteen Amendments.**

2

**STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)**

PLAintiff HAS Just BEEN Release From Prison, He did Not HAVE time to get A Job. THE defendant LELAnd ENZOR JR HARESS ANd HAd the PLAintiff UNLAWFULL ARRESTEd. If THE PLAintiff WERE RELEASE

**GROUND TWO:** From JAil. He Could Found Him A good Job So He Could PAY His

**SUPPORTING FACTS:** BACK PAY SUPPORt. THE defeNdANts is VioLAting PLAintiff Constitutional Rights BY Having Him Held in the CoVingtoN CouNty JAil. And Judgement Should be AgAinst Them THE defendants, Because While iN PRisoN

**GROUND THREE:** His SUPPort Should HAd Stop UNtiL He Would Be Release From Prison.

**SUPPORTING FACTS:** THERE is No WAy that PLAintiff Could PAy $2,000.00 to get Release From JAil. PLAintiff is being Held UNLAWFUll Which ViolAtioN of His CoNstitutioNAl Right.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Plaintiff demend A $1,000 A day For His being Held UNLAWFULL, ANd $200,000 For HARESSMENt. OR A Release From Custody

*James O'steen*
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 8-01-05
(Date)

*James O'steen*
Signature of plaintiff(s)

4