IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2005 AUG 25 A 9:3·
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

JAMES OSTEEN,
    PLAINTIFF,
V.
LELAND ENZOR, JR.
    DEFENDANT.

CIVIL ACTION NO: 2:05-CV-715-A

## AMENDMENT TO COMPLAINTS

Come Now The Plaintiff, James Osteen, Pro, Se, And Moves The Honorable Court to Amendment His Complaints And Therefore States the Following grounds:

1. ON OR ABOUT JUNE 27, 2005, THE DEFENDANT'S LELAND ENZOR JR, Violated Plaintiff FOURTH, AND FOURTHTEEN Amendments The United States Constitutional Rights, The defendant Also Harassed the Plaintiff by FALSELY And MALiciOUSLY Made An Affidavit in Writing that Led to the Plaintiff UNLAWFUL ARRest For the Charge of Failure to Pay Child Support, The Plaintiff INCARERATED is illegally.

2. The Defendant LELAND ENZOR, JR, is A State Attorney For the State of ALABAMA, He CAUSED PLAINTIFF to be UNLAWFUL INCARERATED, the facts is, THE PLAINTIFF WERE MAKING His PAYMENTS UNTIL HE WERE HURT ON His Job, Plaintiff did Reported it to D.H.R.

3. The Defendant caused the Plaintiff to be unlawfull arreste without any Notice. Amend (4), Provided, when an Administrative Agency is about to take Action Adverse to a Citizen on basis of "Adjudicative Facts" due Process entitles the citiz at some stage to have Notice, to be informed of the facts on which the Agency relies, and to have an opportunity to rebut them, unless the circumstances indicate the citizen has waived such Rights or he is unable to make a required preliminary showing of grounds that would warrant a hearing. N.A.A.C.P. V. Wilmington Medical Center, Inc. D.C. Del. 1978, 453 F. Supp. 330.

4. The Defendant Anthony Clark is holding the Plaintiff unlawfull in his custody, saying that Plaintiff would be release from custody if he pay child support arrear in the amount of $7782.76 plus interest in the amount of $2593.85 and genetic testing fees in the amount of $300.00, the Defendants will release the Plaintiff if he can purge himself of contempt by paying the sum of $1,000.00 toward the above stated arrears and interest plus court in the amount of $788.41. In case number CS-1998-38.03 - D.H.R. No: 32495.

5. The Plaintiff were in the press of getting his work conpensation, and he would have made his payments. Like always, or as order by the district court of Covington County Alabama.

3

5. THE DEFENDANT'S HAS VIOLATED THE A.B.A STANDARDS, THE DEFENDANT, LELAND ENZOR, JR SHOULD HAVE GAVE NOTICE TO THE PLAINTIFF, HE ABUSE OF THE LEGAL PROCESS - 6.2, AND ALSO 6.21, WHERE THE COURT DISBARRED A LAWYER WHO HAD ENGAGED IN NINETEEN ACTS OF MISCONDUCT, INCLUDING SHOUTING AT AND VERBALLY ABUS-ING WITNESSES AND OPPOSING COUNSEL, TAKING AN ACTION MERELY TO HARASS ANOTHER, AND GENERALLY USING OFFENSIVE TACTICES. IN WORDS OF THE COURT, HIS MISCONDUCT SHOWED THAT HE WAS A VICIOUS, SINISTER PERSON, TUNEL-VISIONED BY PERSONAL PIQUE, WILLING TO FOREGO ALL PROFESSIONAL RESPONSIBILITIES WHICH CONFLICT WITH ACTS OF PRECONCEIVED VENGEANCE ON PERSONAL ENEMIES (383. N.E. 2d AT 52). AND ALSO (6.3) A.B.A. STANDARDS IM PROPER COMMUNICATIONS WITH INDIVIDUALS IN THE LEGAL SYSTEM, 6.31(C) AND 6.32, IF THE DEFENDANT'S WOULD HAVE GAVE NOTICE THE PLAINTIFF WOULD NOT BE IN UNLAWFULL IN CUSTODY, AND CAUSEING THE PLAINTIFF SERIOUS INJURY.

WHEREFORE, THE PREMISES CONSIDERED PLAINTIFF PRAYS THAT THE COURT GRANTS HIS AMENDMENTS TO COMPLINTS AND AN ORDER FOR SOME RELIEF THAT HE IS ENTITLED TO.

RESPECTFULLY SUBMITTED THIS THE 22 DAY OF Aug,

I SWEAR UNDER PENALTY OF PERJURY THAT THE ABOVE AMEND is TRUE AND CORRECT, EXECUTED ON 8-22-05, James O'Steen