IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES OSTEEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 2:05cv715-A |
| | ) |
| LELAND ENZOR, JR., et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge (Doc. #6), entered on August 13, 2005, the court adopts the Recommendation of the Magistrate Judge, and it is hereby ORDERED as follows:

1. Plaintiff's claims against Defendant Enzor are DISMISSED with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).

2. Plaintiff's unlawful confinement claim is DISMISSED without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. This Complaint is DISMISSED prior to service of process.

DONE this 19th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE