IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES OSTEEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:05cv715-A |
| ) | |
| LELAND ENZOR, JR., et al., ) | |
| ) | |
| Defendants. ) | |

## **FINAL JUDGMENT**

Pursuant to the order entered on this day in this case,

Final Judgment is entered in favor of the Defendants, Leland Enzor, Jr. and Anthony Clark, and against the Plaintiff James Osteen.

DONE this 19th day of September, 2005.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE